**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Louis RAMIREZ, III, aka Seal
F, Defendant–Appellant.**

No. 05–50825.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 18, 2006.

Becky S. Walker, Esq., Ellyn M. Lindsay, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Roger S. Hanson, Esq., Law Offices of Roger S. Hanson, Santa Ana, CA, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER and RAWLINSON, Circuit Judges.

MEMORANDUM **

Louis Ramirez, III, appeals from the restitution order imposed following his conviction for mail and wire fraud, in violation of 18 U.S.C. §§ 2, 1341, 1343 and 2326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Ramirez contends that the district court violated his Sixth Amendment rights by ordering restitution in an amount that exceeded what was supported by the jury's verdict. This contention is foreclosed by *United States v. Bussell,* 414 F.3d 1048, 1060 (9th Cir.2005) (restitution orders are unaffected by the Supreme Court's decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

